# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0648.  MALOY BROOKS v. THE STATE.**

On May 1, 2015, Maloy Brooks was convicted of two counts of entering an automobile and one count of theft by taking. On June 20, 2023, he filed a notice of appeal from the judgment of conviction to the Georgia Supreme Court, which transferred the case to this Court. See Case No. S24A0199 (Nov. 7, 2023). We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Brooks's notice of appeal was filed more than eight years after his judgment of conviction was entered, it is untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/08/2023*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*